UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY ALAN POTTER,

    Plaintiff,

v.                                  CASE NO. 8:12-CV-1031-T-17TGW

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 14    Report and Recommendation

Plaintiff Terry Alan Potter seeks review of the denial of Plaintiff's claim for Social Security disability benefits. The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the decision denying Plaintiff's claim for benefits be affirmed.

The Court has independently reviewed the pleadings and the transcript. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated**. The decision of the Commissioner of Social Security is **affirmed**. The Clerk of Court shall enter a final judgment in favor of Defendant Carolyn W. Colvin, Acting Commissioner of the United States Social Security Administration and close this case.

Case No. 8:12-CV-1031-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 3rd day of April, 2013.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record